UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WILLIAM H. OLIVER, JR.
Attorney for Debtor[s]
2240 Highway 33-Suite 112
Neptune, NJ 07753
732-988-1500
WO-7129

In Re:

Cora Altman

Case No.: 17-19873

Judge: KCF

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☑ Motion for Relief from the Automatic Stay filed by __Toyota Motor Credit__, creditor,

A hearing has been scheduled for __10/25/2017__, at __9:00 a.__ m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ am.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☐ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☑ Payments have been made in the amount of $ _____1053.36_____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:
I will provide funds to my attorney prior to the hearing date.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 09/22/2017                                    /s/ Cora Altman
                                                    Debtor's Signature

Date: _____            _____
                                                    Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d). if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev. 12/1/09*


**TD Bank**
America's Most Convenient Bank®

CORA ALTMAN  
ANN MARIE ALTMAN  
8 CASTRIES ST  
TOMS RIVER NJ 08757-3928

Page: 1 of 3  
Statement Period: May 21 2017-Jun 20 2017  
Cust Ref #:  
Primary Account #:

Our privacy notice describes how we collect, share and protect your personal information. It has not materially changed since May 2015. For a copy, go to tdbank.com/exc/pdf/privacy_shareinformation.pdf or call 888-937-1050.

TD 50 Plus Checking  
CORA ALTMAN  
ANN MARIE ALTMAN

| | | | | |
|---|---|---|---|---|
| Statement | Balance | as of 05/21 | | 630.76 |
| Plus | 4 | Deposits and Other Credits | | 1,971.12 |
| Plus | | Interest Paid | | 0.01 |
| Less | 8 | Checks and Other Debits | | 831.62 |
| Less | | Service Charges | | 10.00 |
| Statement | Balance | as of 06/20 | | 1,760.27 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

Transactions by Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 05/22 | DEBIT CARD PAYMENT, *****54002428077 AUT 052117 VISA DDA PUR AOL 24X7 LIVE SUPPORT 800 827 6364 * VA | 1.99 | | 628.77 |
| 05/22 | ELECTRONIC CK PMT-ARC, SHELL PAYMENT CHECK PYMT 2151 | 83.75 | | 545.02 |
| 05/22 | DEBIT | 100.00 | | 445.02 |
| 05/22 | Check #2155 | 99.67 | | 345.35 |
| 05/25 | ELECTRONIC CK PMT-ARC, VERIZON WIRELESS PAYMENT 2157 | 100.17 | | 245.18 |
| 05/30 | ACH DEBIT, TRANSPREMIERLIFE INSPAYMENT **-**3683612 | 116.38 | | 128.80 |
| 06/01 | ACH DEPOSIT, NYS TEAM PENSI65 PENSION 68E592949 EFT# | | 266.00 | 394.80 |
| 06/05 | DEPOSIT | | 250.00 | 644.80 |
| 06/05 | DEBIT | 85.00 | | 559.80 |
| 06/09 | ELECTRONIC CK PMT-ARC, TRAVELERS PL CHECK PYMT 2158 | 244.66 | | 315.14 |
| 06/12 | PHONE TRANSFER | | 351.12 | 666.26 |
| 06/14 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****00705A SSA | | 1,104.00 | 1,770.26 |


**TD Bank**
America's Most Convenient Bank®

CORA ALTMAN
ANN MARIE ALTMAN

Page: 3 of 4
Statement Period: Jun 21 2017-Jul 20 2017
Cust Ref #:
Primary Account #:

### Transactions by Date (continued)

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 07/06 | ACH DEBIT, AD&D 8776074376  741939875  3351991 | | 33.00 | 994.35 |
| 07/07 | DEBIT CARD PURCHASE, *****54002428077<br>AUT 070617 VISA DDA PUR<br>SHORE EYE ASSOCIATES PA TOMS RIVER * NJ | | 15.00 | 979.35 |
| 07/10 | PHONE TRANSFER | 351.17 | | 1,330.52 |
| 07/12 | ACH DEPOSIT,<br>SSA TREAS 310 XXSOC SEC ****00705A SSA | 1,104.00 | | 2,434.52 |
| 07/12 | ELECTRONIC CK PMT-ARC,<br>VERIZON FINANCIA PAYMENTS 2169 | | 89.45 | 2,345.07 |
| 07/13 | DEBIT CARD PURCHASE, *****54002428077<br>AUT 071217 VISA DDA PUR<br>SHORE EYE ASSOCIATES PA TOMS RIVER * NJ | | 15.00 | 2,330.07 |
| 07/13 | Check #2171 | | 337.04 | 1,993.03 |
| 07/14 | Check #2170 | | 99.67 | 1,893.36 |
| 07/17 | DEBIT CARD PURCHASE, *****54002428077<br>AUT 071317 VISA DDA PUR<br>CUREXA  855 9270390  * NJ | | 50.00 | 1,843.36 |
| 07/18 | DEBIT POS, *****54002428077<br>AUT 071717 DDA PURCHASE<br>WALGREENS STORE 1311 ROU TOMS RIVER * NJ | | 65.99 | 1,777.37 |
| 07/18 | DEBIT POS, *****54002428077<br>AUT 071717 DDA PURCHASE<br>WALGREENS STORE 1311 ROU TOMS RIVER * NJ | | 10.49 | 1,766.88 |
| 07/19 | DEPOSIT | 327.94 | | 2,094.82 |
| 07/19 | DEBIT | | 250.00 | 1,844.82 |
| 07/20 | DEBIT CARD PURCHASE, *****54002428077<br>AUT 071917 VISA DDA PUR<br>SCENTED CREATIONS BY D TOMS RIVER * NJ | | 20.92 | 1,823.90 |
| 07/20 | DEBIT POS, *****54002428077<br>AUT 072017 DDA PURCHASE<br>SHOPRITE OF ROUTE 37 S TOMS RIVER * NJ | | 87.86 | 1,736.04 |
| 07/20 | INTEREST PAID | 0.02 | | 1,736.06 |

### Checks Paid No. Checks: 7

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/29 | 2159 | 53.42 | 06/28 | 2165* | 35.10 |
| 06/23 | 2160 | 155.00 | 07/14 | 2170* | 99.67 |
| 06/29 | 2162* | 99.67 | 07/13 | 2171 | 337.04 |
| 06/22 | 2163 | 171.55 | | | |



**TD Bank**
America's Most Convenient Bank®

CORA ALTMAN
ANN MARIE ALTMAN

Page: 3 of 4
Statement Period: Jul 21 2017-Aug 20 2017
Cust Ref #:
Primary Account #:

Transactions by Date (continued)

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/02 | DEBIT POS, *****54002428077 AUT 080217 DDA PURCHASE BJ WHOLESALE 01 941 ROU TOMS RIVER *NJ | 21.96 | | 1,010.86 |
| 08/03 | DEBIT CARD PURCHASE, *****54002428077 AUT 080217 VISA DDA PUR SCENTED CREATIONS BY D TOMS RIVER *NJ | 47.83 | | 963.03 |
| 08/07 | DEBIT POS, *****54002428077 AUT 080517 DDA PURCHASE SHOPRITE OF ROUTE 37 S TOMS RIVER *NJ | 66.58 | | 896.45 |
| 08/07 | DEBIT POS, *****54002428077 AUT 080717 DDA PURCHASE BJ WHOLESALE 01 941 ROU TOMS RIVER *NJ | 54.20 | | 842.25 |
| 08/08 | DEBIT CARD PURCHASE, *****54002428077 AUT 080717 VISA DDA PUR WAWA 8307 00083071 TOMS RIVER *NJ | 20.00 | | 822.25 |
| 08/09 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC ****00705A SSA | | 1,104.00 | 1,926.25 |
| 08/10 | ELECTRONIC PMT-TEL, VZ WIRELESS VN E CHECK 2825256 | 112.73 | | 1,813.52 |
| 08/11 | DEBIT POS, *****54002428077 AUT 081117 DDA PURCHASE PETE S BA PETE S BARGA WILLINGBORO *NJ | 13.00 | | 1,800.52 |
| 08/11 | DEBIT POS, *****54002428077 AUT 081117 DDA PURCHASE CVS PHARM 00356 1071 TOMS RIVER *NJ | 16.37 | | 1,784.15 |
| 08/11 | DEBIT POS, *****54002428077 AUT 081117 DDA PURCHASE CVS PHARM 00356 1071 TOMS RIVER *NJ | 7.15 | | 1,777.00 |
| 08/14 | DEBIT CARD PURCHASE, *****54002428077 AUT 081117 VISA DDA PUR DELTA LAKEHURST LAKEHURST *NJ | 20.00 | | 1,757.00 |
| 08/14 | DEBIT CARD PURCHASE, *****54002428077 AUT 081117 VISA DDA PUR MEAT SHOP PLUS WILLINGBORO *NJ | 46.08 | | 1,710.92 |
| 08/16 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 2188 | 89.10 | | 1,621.82 |
| 08/16 | Check #2189 | 99.73 | | 1,522.09 |
| 08/18 | DEBIT CARD PURCHASE, *****54002428077 AUT 081717 VISA DDA PUR SPEEDWAY 03460 BAYVILLE *NJ | 20.00 | | 1,502.09 |
| 08/18 | ELECTRONIC CK PMT-ARC, TRAVELERS PL CHECK PYMT 2187 | 244.66 | | 1,257.43 |
| 08/18 | Check #2182 | 86.33 | | 1,171.10 |
| 08/18 | Check #2184 | 353.12 | | 817.98 |
| 08/18 | INTEREST PAID | | 0.02 | 818.00 |



**TD Bank**
America's Most Convenient Bank®

CORA ALTMAN
ANN MARIE ALTMAN

Page: 4 of 4
Statement Period: Jul 21 2017-Aug 20 2017
Cust Ref #:
Primary Account #:

Checks Paid   No. Checks: 8    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| Date  | Check | Amount | Date  | Check | Amount |
|-------|-------|--------|-------|-------|--------|
| 07/25 | 2173  | 53.42  | 07/27 | 2179  | 115.74 |
| 07/25 | 2174  | 64.50  | 08/18 | 2182* | 86.33  |
| 07/28 | 2177* | 31.26  | 08/18 | 2184* | 353.12 |
| 07/31 | 2178  | 125.00 | 08/16 | 2189* | 69.73  |

| | |
|---|---:|
| Beginning Interest Rate | 0.02% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.02 |
| Annual Percentage Yield Earned | 0.02% |
| Interest Paid Year to date | 0.09 |