# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−19873−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cora Ann Altman
   8 Castries Street
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0705

Employer's Tax I.D. No.:

---

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Cora Ann Altman the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 12/18/2017.

Township of Berkeley
627 Pinewald−Keswick Rd,
P.O. Box B
Bayville, NJ 08721

Dated: December 19, 2017
JAN: vpm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cora Ann Altman  
    Debtor

Case No. 17-19873-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2017  
                              Form ID: 226    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
```
db              +Cora Ann Altman,    8 Castries Street,    Toms River, NJ 08757-3928
516856713       +Township of Berkeley,    P.O. box B,    627 Pinewald-Keswick Road,    Bayville, NJ 08721-2778
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2017 22:44:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Cora Ann Altman bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                              TOTAL: 5
```