Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−19873−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cora Ann Altman
   8 Castries Street
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−0705

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/9/19 at 09:00 AM

to consider and act upon the following:

*49* − Application re: Application for Order Approving Post−Petition Pre−Confirmation Legal Fees and Costs Filed by Loren L. Speziale on behalf of Santander Bank, N.A.. Objection deadline is 12/6/2018. (Attachments: # 1 Certificate of Service) (Speziale, Loren)

Dated: 12/7/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court