**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A.

**Order Filed on February 13, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

CORA ANN ALTMAN,
              DEBTOR

| | |
|---|---|
| Case No.: | 17-19873 |
| Judge: | Kathryn C. Ferguson |
| Hearing Date(s): | February 13, 2019 |
| Chapter: | 13 |

Recommended Local Form      ☒ Followed      ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Santander Bank, N.A. |
| Applicant's Counsel: | Loren L. Speziale, Esq. |
| Debtor's Counsel: | William H. Oliver, Jr. |
| Property Involved ("Collateral"): | 8 Castries Street, Toms River, NJ 08757 |

Relief sought:   ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐   The Debtor is overdue for _____ months, from _____ to _____.

    ☐   The Debtor is overdue for _____ payments at $_____ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☒   Applicant acknowledges receipt of funds in the amount of $ __2,752.32__ received after the motion was filed.

    Total Arrearages Due  $_____0.00_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☐   Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

    ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

    ❐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ❐    Immediate payment:    _____

    ☒    Regular monthly payment:    Santander Bank, N.A.

                                                                                  601 Penn Street, 10-6438-FB7

                                                                                  Reading, PA  19601

    ❐    Monthly cure payment:    _____

4. In the event of Default:

☒    If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

❐    If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorneys fees of $ __750.00__, and costs of $ __181.00__.

        The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____ days.

    ☐ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:  
Cora Ann Altman  
    Debtor

Case No. 17-19873-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Feb 15, 2019  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
db              +Cora Ann Altman,    8 Castries Street,    Toms River, NJ 08757-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Loren L. Speziale     on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
       jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Cora Ann Altman bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                                              TOTAL: 5