UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

CORA ANN ALTMAN

Debtor

Order Filed on November 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-19873

Adv. No:

Hearing Date: 11-05-2019 @ 9AM

Chapter: 13

Judge: Michael B. Kaplan

### ORDER TO MODIFY PROOF OF CLAIM #5 FILED BY SANTANDER BANK, N.A. TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: November 6, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     CORA ANN ALTMAN
Case No.    17-19873(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #5 FILED BY SANTANDER BANK, N.A. TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #5 filed by Santander Bank, N.A. to show pre-petition arrears as zero (-0-) and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #5 filed Santander Bank, N.A. shall be and is hereby MODIFIED to show pre-petition arrears as zero (-0-) ; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Cora Ann Altman  
       Debtor

Case No. 17-19873-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 07, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db            +Cora Ann Altman,    8 Castries Street,    Toms River, NJ 08757-3928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
          Albert Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,  
           jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.    on behalf of Debtor Cora Ann Altman bkwoliver@aol.com,  
           R59915@notify.bestcase.com  
                                                                                                                  TOTAL: 5