| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on November 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>CORA ANN ALTMAN<br><br>       Debtor | Case No.: 17-19873<br><br>Hearing Date: November 4, 2020 @ 9am<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

### ORDER GRANTING
### MOTION TO ALLOW DEBTOR TO PAY OFF PLAN
### AND OBTAIN A DISCHARGE

  The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: November 5, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     CORA ANN ALTMAN
Case No.    17-19873(MBK)
Caption of Order: ORDER GRANTING MOTION TO ALLOW DEBTOR TO PAY OFF PLAN AND OBTAIN A DISCHARGE
Page 2

**The Court** having received the Movant's Motion to allow debtor to pay off plan and obtain a discharge, and any related responses or objections, it is hereby

**O R D E R E D** that:

1. The debtor is hereby allowed to use the funds provided by her daughter to pay off her Chapter 13 plan and to obtain a discharge without the necessity of making payments for three (3) to five (5) years; and it is

2. The Trustee shall close the case upon receipt of pay off funds in accordance with Court Rules; and it is

3. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7____ days of the date hereof.