| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129<br>courtdocs@oliverandlegg.com | Order Filed on November 5, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>CORA ANN ALTMAN<br><br>                              Debtor | Case No.: 17-19873<br><br>Hearing Date: November 4, 2020 @ 9am<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**ORDER GRANTING**
**MOTION TO ALLOW DEBTOR TO PAY OFF PLAN**
**AND OBTAIN A DISCHARGE**

The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED.**

**DATED: November 5, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:        CORA ANN ALTMAN
Case No.     17-19873(MBK)
Caption of Order: ORDER GRANTING MOTION TO ALLOW DEBTOR TO PAY OFF PLAN AND OBTAIN A DISCHARGE
Page 2

**The Court** having received the Movant's Motion to allow debtor to pay off plan and obtain a discharge, and any related responses or objections, it is hereby

**O R D E R E D** that:

1. The debtor is hereby allowed to use the funds provided by her daughter to pay off her Chapter 13 plan and to obtain a discharge without the necessity of making payments for three (3) to five (5) years; and it is

2. The Trustee shall close the case upon receipt of pay off funds in accordance with Court Rules; and it is

3. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7____ days of the date hereof.

United States Bankruptcy Court

District of New Jersey

In re:  
Cora Ann Altman  
    Debtor(s)

Case No. 17-19873-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Nov 06, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cora Ann Altman, 8 Castries Street, Toms River, NJ 08757-3928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Cora Ann Altman courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5