| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> OLIVER & LEGG, LLC <br> 2240 Highway 33, Suite 112, PO Box 667 <br> Neptune, NJ 07753 <br> bkwoliver@aol.com <br> 732-988-1500/FAX 732-775-7404 <br><br> In re: <br><br> CORA ANN ALTMAN, <br><br>            Debtor | **Order Filed on December 8, 2020** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** <br><br> Case No. 17-19873 <br><br> Chapter: 13 <br><br> Hearing Date: n/a <br><br> Judge: Michael B. Kaplan |

## AMENDED
## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

      The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: December 8, 2020**

                                                              Honorable Michael B. Kaplan <br>
                                                              United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_500_____ for services rendered and expenses in the amount of $___n/a____ for a total of $__500_____. The allowance shall be payable:

_____ through the Chapter 13 plan as an administrative priority.

_XX_ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.