```
UNITED STATES BANKRUPTCY COURT       |
DISTRICT OF NEW JERSEY               |
_____|
Caption in Compliance with D.N.J. LBR 9004-2(c) |
                                     |
OLIVER & LEGG, LLC                   |
2240 Highway 33, Suite 112, PO Box 667 |
Neptune, NJ 07753                    |
bkwoliver@aol.com                    |
732-988-1500/FAX 732-775-7404        |
_____| Case No. 17-19873
                                     |
In re:                               | Chapter: 13
                                     |
CORA ANN ALTMAN,                     | Hearing Date: n/a
                                     |
              Debtor                 | Judge: Michael B. Kaplan
_____|
```

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# AMENDED
## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

  The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: December 8, 2020**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_500_____ for services rendered and expenses in the amount of $___n/a____ for a total of $__500_____. The allowance shall be payable:

    ____ through the Chapter 13 plan as an administrative priority.

    _XX_ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-19873-MBK |
| Cora Ann Altman | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cora Ann Altman, 8 Castries Street, Toms River, NJ 08757-3928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Loren L. Speziale | on behalf of Creditor Santander Bank  N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Cora Ann Altman courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 5